# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARIE A. BRAND

NO. 2023 KW 0391

**MAY 22, 2023**

---

In Re:   On motion of Marie A. Brand, to withdraw writ application for supervisory writs, request for stay order, and request for expedited consideration, 18th Judicial District Court, Parish of West Baton Rouge, No. 210607.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**MOTION TO WITHDRAW WRIT APPLICATION FOR SUPERVISORY WRITS, REQUEST FOR STAY ORDER, AND REQUEST FOR EXPEDITED CONSIDERATION GRANTED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT